UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SOPER,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLIED INTERSTATE, LLC; and DOES 1-20, inclusive;<br><br>          Defendants. | No.  2:15-cv-01977-GEB-KJN<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on September 24, 2015, in which he states: "this case has settled[, and a] Voluntary Dismissal will be forthcoming." (Notice of Settlement 1:19-20, ECF No. 5.)

　　　　Therefore, a dispositional document shall be filed no later than October 15, 2015. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id.

1

1 ("A failure to file dispositional papers on the date prescribed
2 by the Court may be grounds for sanctions.").
3          IT IS SO ORDERED.
4 Dated:  September 24, 2015

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

2