UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED INTERSTATE, LLC; and<br>DOES 1-20, inclusive,<br><br>　　　　Defendant. | No.  2:15-cv-01977-GEB-KJN<br><br>**DISMISSAL ORDER** |

　　　　Plaintiff filed a Notice of Settlement on September 24, 2015, in which he stated: "this case has settled[, and a] Voluntary Dismissal will be forthcoming." (Notice of Settlement 1:19-20, ECF No. 5.) Therefore, an "Order Re Settlement and Disposition" was filed on September 25, 2015, which directed the parties to file a dispositional document no later than October 15, 2015. (Order, ECF No. 6.) That Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

///

///

1

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge